No. 653. SEABOARD AIR LINE RAILWAY COMPANY *v.* STATE OF FLORIDA EX REL. R. HUDSON BURR, A. S. WELLS, ET AL., ETC., AND

No. 654. ATLANTIC COAST LINE RAILROAD COMPANY *v.* STATE OF FLORIDA EX REL. R. HUDSON BURR, A. S. WELLS, ET AL., ETC. March 21, 1927. The orders of November 23, 1926, denying the petitions for writs of certiorari in these cases are hereby revoked and it is now here ordered that the petitions for writs of certiorari in these cases be, and they are hereby, granted. *Mr. James F. Wright* for petitioner in No. 653. *Messrs. W. E. Kay, Thomas B. Adams, Frank W. Gwathmey,* and *Thomas W. Davis* for petitioner in No. 654. *Messrs. Fred H. Davis* and *George C. Bedell* for respondents. See *post,* pp. 729, 730.

No. 872. ATLANTIC COAST LINE RAILROAD COMPANY *v.* STANDARD OIL COMPANY OF KENTUCKY. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Helm Bruce* and *Thomas W. Davis* for petitioner. No appearance for respondent.

No. 873. STANDARD OIL COMPANY, INCORPORATED IN KENTUCKY, *v.* ATLANTIC COAST LINE RAILROAD COMPANY. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Charles S. Middleton, Edward P. Humphrey,* and *William W. Crawford* for petitioner. No appearance for respondent.

No. 891. GULF, MOBILE AND NORTHERN RAILROAD COMPANY *v.* L. G. TOUCHSTONE. March 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi granted. *Mr. Ellis B. Cooper* for petitioner. No appearance for respondent.